UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DWAYNE STOUTAMIRE,
    Plaintiff,

vs.

LT. JOSEPH, et al.,
    Defendants.

Case No. 1:11-cv-242

Beckwith, J.
Litkovitz, M.J.

**ORDER**

On November 29, 2011, the Court ordered the Ohio Attorney General to submit *in camera* the home addresses of defendants Lt. Adkins and Nurse Raub, if available. (Doc. 26). The Attorney General has complied with the Order. *See* Doc. 33.

It is **ORDERED** that the United States Marshal serve a copy of the complaint, summons, the Court's Orders of April 22, 2011 (Doc. 4), November 7, 2011 (Doc. 23), and November 29, 2011 (Docs. 24, 28) and this Order upon defendants Lt. Adkins and Nurse Raub at the addresses provided *in camera*. All costs of service shall be advanced by the United States. The United States Marshal Service is to attempt service of process on defendants Lt. Adkins and Nurse Raub at their last known addresses without disclosing these addresses to plaintiff.

The United States Marshal Service and the Clerk of Court are **DIRECTED** to file any and all documents regarding service upon and/or containing the addresses of defendants Lt. Adkins and Nurse Raub under seal.

**IT IS SO ORDERED.**

Date: 1/4/12

Karen L. Litkovitz
United States Magistrate Judge